IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1458 |
| | : | |
| PHILADELPHIA WORKS INC | : | |

**ORDER**

**Chief Judge Juan R. Sánchez**  October 31, 2022

AND NOW, this 31st day of October, 2022, upon consideration of Defendant Philadelphia Works, Inc.'s Motion to Dismiss [ECF No. 7] and Plaintiff Timothy Smith's opposition thereto, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.